FILED

UNITED STATES COURT OF APPEALS

JUN 25 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL DRAGOVICH; et al.,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>   Intervenor-Defendant - Appellant. | No. 12-16461<br><br>D.C. No. 4:10-cv-01564-CW<br>Northern District of California, Oakland<br><br><br>ORDER |
| MICHAEL DRAGOVICH; et al.,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; et al.,<br><br>   Defendants - Appellants. | No. 12-16628<br><br>D.C. No. 4:10-cv-01564-CW<br>Northern District of California, Oakland |

  Appellants' unopposed motion to further stay appeal Nos. 12-16461 and 12-16628 pending the United States Supreme Court's decision in *United States v. Windsor,* Sup. Ct. No. 12-307, is granted.  Case nos. 12-16461 and 12-16628 are

amt/Pro Mo 25Jun2013

stayed until August 1, 2013. On or before the expiration of the stay, appellants shall file the opening briefs or file an appropriate motion addressing the status of the Supreme Court case and requesting continuance of the stay or other relief. If appellants file the opening briefs, the consolidated answering brief is due September 3, 2013. The optional reply briefs are due 14 days after service of the consolidated answering brief. The filing of the opening briefs or failure to file a motion shall terminate the stay.

Appellants are reminded that the typeface of a motion should comply with the requirements of Federal Rule of Appellate Procedure 27(d)(1)(E).

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
> Alihandra M. Totor
> Deputy Clerk
> Ninth Circuit Rules 27-7 and 27 10

amt/Pro Mo 25Jun2013