FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL DRAGOVICH; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> Intervenor-Defendant - Appellant, <br><br> And <br><br> UNITED STATES DEPARTMENT OF THE TREASURY; et al., <br><br> Defendants. | No. 12-16461 <br><br> D.C. No. 4:10-cv-01564-CW <br> Northern District of California, Oakland <br><br><br> ORDER |
| MICHAEL DRAGOVICH; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY; et al., <br><br> Defendants - Appellants, <br><br> And | No. 12-16628 <br><br> D.C. No. 4:10-cv-01564-CW <br> Northern District of California, Oakland |

BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM and ANNE STAUSBOLL, Chief Executive Officer, CalPERS,

        Defendants,

BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,

        Intervenor-Defendant.

        The motion of the Bipartisan Legal Advisory Group under Federal Rule of Appellate Procedure 42(b) to dismiss No. 12-16461 is granted. The parties shall bear their own costs on appeal for No. 12-16461

        The stay of proceedings in No. 12-16628 is lifted; the current schedule remains in place.

        This order serves as and for the mandate of the court as to No. 12-16461 only.

        For the Court:

        Molly C. Dwyer, Clerk of Court

        Cole Benson
        Supervising Deputy Clerk
        Ninth Circuit Rules 27-7 and 27-10